A CERTIFIED TRUE COPY

DEC 28 2005

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 0:05-md-01708-DWF-AJB   Document 7   Filed 01/03/2006   Page 1 of 5

RECEIVED
BY MAIL

JAN 03 2006

CLERK US DIST COURT
MINNEAPOLIS MN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2005

FILED
CLERK'S OFFICE

FILED
ASHEVILLE, N.C.
JAN 10 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

DOCKET NO. 1708

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

1:05cv275

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
JAN 3 2006
U.S. DISTRICT COURT MPLS

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# DOCKET NO. 1708
# IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-8070 | Theodore Cohen v. Guidant Corp. |
| CAC 5 05-760 | Leonard Mayem v. Guidant Corp. |
| CAC 5 05-964 | Sharon Williams-Datcher v. Guidant Corp., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 05-1317 | Fred Corfee v. Guidant Corp., et al. |
| CAE 2 05-2113 | James Bagwell, et al. v. Guidant Corp., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-3042 | Alphonzo Allen v. Guidant Corp. |
| CAN 3 05-3160 | Lorraine Furtado, et al. v. Guidant Corp., et al. |
| CAN 3 05-3279 | Sheila Ettinger v. Guidant Corp., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 05-1875 | Johnnie Carter v. Guidant Corp. |
| CAS 3 05-1956 | Leopoldo Duron, Jr. v. Guidant Corp., et al. |
| CAS 3 05-1957 | Annette Scott v. Guidant Corp., et al. |
| **COLORADO** | |
| CO 1 05-1645 | Oren Urich v. Guidant Corp., et al. |
| **CONNECTICUT** | |
| CT 3 05-1516 | Gary DeRose v. Guidant Corp. |
| **FLORIDA MIDDLE** | |
| FLM 2 05-445 | Alfred Fuller v. Guidant Corp. |
| FLM 3 05-728 | Robert Earl Smith, etc. v. Guidant Corp. |
| FLM 5 05-379 | Richard James Rebone v. Guidant Corp., et al. |
| FLM 6 05-1683 | Steve Gaydos, et al. v. Guidant Corp., et al. |
| FLM 8 05-1456 | Robert Haberle v. Guidant Corp., et al. |
| FLM 8 05-1606 | Kenneth J. Pepper v. Guidant Corp., et al. |
| **FLORIDA NORTHERN** | |
| FLN 3 05-309 | Anthony Micelli v. Guidant Corp., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 9 05-80850 | Judy Passante v. Guidant Corp., et al. |
| FLS 9 05-80851 | Eric Harkonen, et al. v. Guidant Corp., et al. |
| FLS 9 05-80957 | Paul Jones, et al. v. Guidant Corp., et al. |
| **HAWAII** | |
| HI 1 05-326 | Joseph Soon Kun Kang v. Cardiac Pacemakers, Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-4250 | Theresa Shea, etc. v. Guidant Corp., et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **INDIANA SOUTHERN** | |
| INS 1 05-1082 | Lydia Pierce v. Guidant Corp., et al. |
| INS 1 05-1115 | Christofer Brewster v. Guidant Corp., et al. |
| INS 1 05-1322 | David Acthison v. Guidant Corp., et al. |
| INS 1 05-1353 | Fred Gower, et al. v. Guidant Corp., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-3709 | John J. Legendre v. Guidant Corp. |
| LAE 2 05-3737 | Redge Westcott, III v. Guidant Corp., et al. |
| LAE 2 05-4016 | Thomas A. Gruber v. Guidant Corp., et al. |
| LAE 2 05-4017 | Emmitt R. Messick v. Guidant Corp., et al. |
| LAE 2 05-4044 | Kenneth R. Casanova v. Guidant Corp., et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 05-1015 | Joseph Clyde Brown, Jr. v. Guidant Corp. |
| **LOUISIANA WESTERN** | |
| LAW 5 05-1512 | Doris Tisdon, etc. v. Guidant Corp., et al. |
| LAW 5 05-1882 | Patrick Pouncy, et al. v. Guidant Corp., et al. |
| LAW 6 05-1351 | Joyce Broussard Valls, et al. v. Guidant Corp., et al. |
| LAW 6 05-1352 | James W. Eskine v. Guidant Corp., et al. |
| **MAINE** | |
| ME 2 05-182 | Cindy A. Lowry v. Guidant Corp. |
| **MISSOURI WESTERN** | |
| MOW 4 05-785 | Floyd A. Newman, Jr., v. Guidant Corp., et al. |
| MOW 4 05-786 | Fred H. Simon v. Guidant Corp., et al. |
| MOW 4 05-939 | Christopher J. Cipolla v. Guidant Corp., et al. |
| MOW 4 05-1007 | Jerome Terry, Jr. v. Guidant Corp., et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 2 05-149 | Johnny R. Clark v. Guidant Corp., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-720 | Fred M. Lyle, et al. v. Guidant Corp., et al. |
| ~~NCW 3 05-355~~ | ~~Billy G. Strickland v. Guidant Corp., et al.~~ |
| **NEW HAMPSHIRE** | |
| NH 1 05-400 | Richard Harvey v. Guidant Corp., et al. |
| **NEW JERSEY** | |
| NJ 1 05-4062 | Wolf Schulsinger v. Guidant Corp., et al. |
| NJ 2 05-4195 | Bernard Golden v. Guidant Corp., et al. |
| NJ 2 05-4305 | Herb Cohen, et al. v. Guidant Corp., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-2331 | Richard Torre, et al. v. Guidant Corp. |
| NYE 1 05-3397 | Howard Walston, et al. v. Guidant Corp., et al. |
| NYE 2 05-3856 | Melissa J. Poje v. Guidant Corp., et al. |
| ~~NYE 2 05-4927~~ | ~~John Clarke v. Intermedics, Inc., et al.~~ Opposed 12/27/05 |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK NORTHERN** | |
| NYN 5 05-1213 | Phillip Hobb, et al. v. Guidant Corp., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-7176 | Michael Thorpe, et al. v. Guidant Corp., et al. |
| NYS 1 05-8296 | Nicholas T. Ortiz, et al. v. Guidant Corp., et al. |
| NYS 1 05-8298 | John Fanzini, et al. v. Guidant Corp., et al. |
| NYS 1 05-8811 | Stacey Webb, et al. v. Guidant Corp., et al. |
| NYS 1 05-8812 | Douglas Marozin v. Guidant Corp., et al. |
| NYS 7 05-8297 | Ellen Markert v. Guidant Corp., et al. |
| **OHIO NORTHERN** | |
| OHN 1 05-1880 | Johnny T. Watts, et al. v. Guidant Corp. |
| OHN 1 05-1898 | Fred J. Stauder, et al. v. Guidant Corp., et al. |
| OHN 1 05-2297 | Johnny W. Western, et al. v. Guidant Corp., et al. |
| OHN 3 05-7440 | Clara Zink, et al. v. Guidant Corp., et al. |
| **OHIO SOUTHERN** | |
| OHS 2 05-703 | Beverly Douglas, et al. v. Guidant Corp., et al. |
| OHS 2 05-763 | Thomas W. Zurek, et al. v. Guidant Corp., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 05-444 | Jean Burke, etc. v. Guidant Corp. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 05-3580 | Steven Perusich v. Guidant Corp., et al. |
| PAE 2 05-4409 | William Jackson, et al. v. Guidant Corp., et al. |
| PAE 2 05-5843 | Geoffrey Bowman, et al. v. Guidant Corp., et al. |
| **PUERTO RICO** | |
| PR 3 05-1888 | Carlos L. Ramirez-Santiago v. Guidant Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 8 05-2811 | Tim R. Whitman, et al. v. Guidant Corp., et al. |
| **TENNESSEE EASTERN** | |
| ~~TNE 2 05-268~~ | ~~Janice Jones, etc. v. Guidant Corp., et al.~~ Opposed 12/27/05 |
| **TEXAS WESTERN** | |
| TXW 7 05-166 | Charles H. Little, et al. v. Guidant Corp., et al. |
| **UTAH** | |
| UT 2 05-873 | Juanita Edge, et al. v. Guidant Corp. |
| **WEST VIRGINIA NORTHERN** | |
| WVN 5 05-151 | Gary Dusch, et al. v. Guidant Corp., et al. |